

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Surge Operating, LLC and
Moss Creek Resources, LLC,

\* From the 132nd District Court
  of Borden County,
   Trial Court No. 1368.

No. 11-24-00082-CV

\* April 25, 2024

Shanna Gibson,

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has considered Surge Operating, LLC's and Moss Creek Resources, LLC's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Surge Operating, LLC and Moss Creek Resources, LLC.